IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

UNITED STATES OF AMERICA                                                              PLAINTIFF

VS.                              CRIMINAL NO. 4:14CR40010-001

KEESHA D. ROSE                                                                        DEFENDANT

## ORDER

On March 20, 2015, the Defendant, Keesha D. Rose, was sentenced to a period of incarceration in the Bureau of Prisons. The Defendant was allowed to remain on her present bond and voluntarily surrender to the designated BOP facility on April 29, 2015.

The Court has received notification from the United States Marshals Service that designation has been delayed. Therefore, the Court finds that an extension of the Defendant's reporting date is necessary.

Accordingly, Defendant Keesha D. Rose is hereby ordered to surrender for service of her sentence at the institution designated by the Bureau of Prisons on **May 20, 2015.**

**IT IS SO ORDERED** this 28th day of April, 2015.

/s/ Harry F. Barnes
**HARRY F. BARNES**
**UNITED STATES DISTRICT JUDGE**